FILED

12/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0445

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0445

IN THE MATTER OF:

J.G.,

    A Youth in Need of Care.

## ORDER

    Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

    IT IS HEREBY ORDERED that Court Reporter Darcy D. Boggs is granted an extension of time to and including January 28, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

    No further extensions will be granted.

    The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2021